PS 42
(Rev. 7/93)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 10 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# United States District Court
## Eastern District of Arkansas

United States of America )
)
vs. )
)
Marlon Shawn Marbley, Sr. )  Case No.  0860 4:17CR00111 -21 JM
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, <u>Marlon Shawn Marbley, Sr.</u>, have discussed with <u>Laine Rasmussen</u>, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

Get medical or psychiatric treatment

I consent to this modification of my release conditions and agree to abide by this modification.

_Marlon S Marbley_  4-4-18                    _Laine Rasmussen_   4/3/2018
Signature of Defendant   Date                Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                           4-10-2018
Signature of Defense Counsel                            Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on _____.
☐ The above modification of conditions of release is *not* ordered.

_____   4/10/2018
Signature of Judicial Officer         Date