UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                        CASE NO. 4:17-CR-00111-21 JM

MARLON SHAWN MARBLEY, SR.
a/k/a "MOB"

ORDER OF DETENTION

Pending before the Court is the United States' Motion to Revoke Defendant Marlon Shawn Marbley, Sr.'s OR bond, filed November 14, 2018. *Doc. 679*. For cause, the United States contends that Mr. Marbley engaged in *new* criminal conduct for which he has been arrested and is currently in state custody.

On June 15, 2018, this Court placed Mr. Marbley on OR bond pending resolution of the pending federal charges in this case. *Doc. 251*. Mr. Marbley is charged with conspiracy to possess with intent to distribute heroin and use of a communications facility to facilitate a drug trafficking crime.

The United States contends that, while on pretrial release supervision, Mr. Marbley sold heroin to a confidential information on November 14, 2018. Mr. Marbley was arrested and is currently detained in the Pulaski County Detention Center.

1

Mr. Marbley, through counsel, "stipulates that probable cause exists to revoke his bond" but reserves the right to request a future detention hearing. *Doc. 682*.

If Mr. Marbley is successful in resolving the pending state charges, he shall be immediately detained and committed to the custody of the United States Marshal, pursuant to this Order of Detention. Mr. Marbley shall then be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Mr. Marbley must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States District Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Mr. Marbley to the United States Marshal for court appearances.

IT IS THEREFORE ORDERED THAT the Government's Motion to Revoke, *Doc. 679*, is GRANTED, without prejudice to Mr. Marbley's right to request a detention hearing in the future, in the event he is released from state custody.

The United States Marshal shall file a Detainer which will constitute a hold on Mr. Marbley

IT IS SO ORDERED this 20th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE